UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEODAT PHURKOTUM,<br><br>                              Plaintiff,<br>   - against –<br><br>TROY GORE, FIDELITY MORTGAGE SERVICES INC., COUNTRYWIDE BANK FSB, BANK OF AMERICA CORP. as successor in interest to Countrywide Bank FSB,<br><br>                              Defendants. | Case No: 09 CV 2265(SJ) (RER)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for Plaintiff, Deodat Phurkotum, and Defendants Countrywide Bank FSB and Bank of America Corp., pursuant to Federal Rule of Civil Procedure 41, the above entitled action is dismissed with prejudice, and without costs or attorneys' fees to any party as against any other for this action.

This stipulation may be signed in counterparts and an emailed signature or facsimile signature shall be considered an original for all purposes.

Dated: New York, New York
August 26, 2010

DAHIYA LAW OFFICES LLC

By: _____
Karamvir S. Dahiya
325 Broadway Suite 304
New York, New York 10007

*Attorney for Plaintiff*
*Deodat Phurkotum*

ZEICHNER ELLMAN & KRAUSE

By: _____
Jantra Van Roy
Jonathan Robbin
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Defendants*
*Countrywide Bank FSB, and*
*Bank of America Corp., as successor in*
*Interest to Countrywide Bank FSB*

SO ORDERED:

_____
U.S.D.J.